JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Center for Biological Diversity, Conservation Council for Hawai'i, Defenders of Wildlife, National Parks Conservation Association, Sierra Club, Wildearth Guardians, and Save the Manatee Club

## DEFENDANTS
Douglas Burgum, U.S. Secretary of the Interior; and U.S. Fish and Wildlife Service

**(b)**   County of Residence of First Listed Plaintiff     Pima County, AZ
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*

(See Attachment)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ❒ 1   U.S. Government         Plaintiff | ❒ 3   Federal Question              *(U.S. Government Not a Party)* |
| ☒ 2   U.S. Government         Defendant | ❒ 4   Diversity              *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                          *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❒ 1 | ❒ 1 | Incorporated *or* Principal Place         of Business In This State | ❒ 4 | ❒ 4 |
| Citizen of Another State | ❒ 2 | ❒ 2 | Incorporated *and* Principal Place         of Business In Another State | ❒ 5 | ❒ 5 |
| Citizen or Subject of a         Foreign Country | ❒ 3 | ❒ 3 | Foreign Nation | ❒ 6 | ❒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❒ 625 Drug Related Seizure      of Property 21 USC 881 | ❒ 422 Appeal 28 USC 158 | ❒ 375 False Claims Act |
| ❒ 120 Marine | ❒ 310 Airplane | ❒ 365 Personal Injury  -       Product Liability | ❒ 690 Other | ❒ 423 Withdrawal      28 USC 157 | ❒ 400 State Reapportionment |
| ❒ 130 Miller Act | ❒ 315 Airplane Product       Liability | ❒ 367 Health Care/       Pharmaceutical | | | ❒ 410 Antitrust |
| ❒ 140 Negotiable Instrument | ❒ 320 Assault, Libel &       Slander |        Personal Injury       Product Liability | | **PROPERTY RIGHTS** | ❒ 430 Banks and Banking |
| ❒ 150 Recovery of Overpayment      & Enforcement of Judgment | ❒ 330 Federal Employers'       Liability | ❒ 368 Asbestos Personal       Injury Product | | ❒ 820 Copyrights | ❒ 450 Commerce |
| ❒ 151 Medicare Act | ❒ 340 Marine |        Liability | | ❒ 830 Patent | ❒ 460 Deportation |
| ❒ 152 Recovery of Defaulted      Student Loans | ❒ 345 Marine Product       Liability | **PERSONAL PROPERTY** | | ❒ 840 Trademark | ❒ 470 Racketeer Influenced and       Corrupt Organizations |
|        (Excludes Veterans) | ❒ 350 Motor Vehicle | ❒ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ❒ 480 Consumer Credit |
| ❒ 153 Recovery of Overpayment      of Veteran's Benefits | ❒ 355 Motor Vehicle       Product Liability | ❒ 371 Truth in Lending | ❒ 710 Fair Labor Standards       Act | ❒ 861 HIA (1395ff) | ❒ 490 Cable/Sat TV |
| ❒ 160 Stockholders' Suits | ❒ 360 Other Personal       Injury | ❒ 380 Other Personal       Property Damage | ❒ 720 Labor/Management       Relations | ❒ 862 Black Lung (923) | ❒ 850 Securities/Commodities/       Exchange |
| ❒ 190 Other Contract | ❒ 362 Personal Injury -       Medical Malpractice | ❒ 385 Property Damage       Product Liability | ❒ 740 Railway Labor Act | ❒ 863 DIWC/DIWW (405(g)) | ❒ 890 Other Statutory Actions |
| ❒ 195 Contract Product Liability | | | ❒ 751 Family and Medical       Leave Act | ❒ 864 SSID Title XVI | ☒ 891 Agricultural Acts |
| ❒ 196 Franchise | | | ❒ 790 Other Labor Litigation | ❒ 865 RSI (405(g)) | ☒ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❒ 791 Employee Retirement       Income Security Act | **FEDERAL TAX SUITS** | ❒ 895 Freedom of Information       Act |
| ❒ 210 Land Condemnation | ❒ 440 Other Civil Rights | **Habeas Corpus:** | | ❒ 870 Taxes (U.S. Plaintiff       or Defendant) | ❒ 896 Arbitration |
| ❒ 220 Foreclosure | ❒ 441 Voting | ❒ 463 Alien Detainee | | ❒ 871 IRS—Third Party       26 USC 7609 | ❒ 899 Administrative Procedure       Act/Review or Appeal of |
| ❒ 230 Rent Lease & Ejectment | ❒ 442 Employment | ❒ 510 Motions to Vacate       Sentence | | |       Agency Decision |
| ❒ 240 Torts to Land | ❒ 443 Housing/       Accommodations | ❒ 530 General | | | ❒ 950 Constitutionality of       State Statutes |
| ❒ 245 Tort Product Liability | ❒ 445 Amer. w/Disabilities -       Employment | ❒ 535 Death Penalty | **IMMIGRATION** | | |
| ❒ 290 All Other Real Property | ❒ 446 Amer. w/Disabilities -       Other | **Other:** | ❒ 462 Naturalization Application | | |
| | ❒ 448 Education | ❒ 540 Mandamus & Other | ❒ 465 Other Immigration       Actions | | |
| | | ❒ 550 Civil Rights | | | |
| | | ❒ 555 Prison Condition | | | |
| | | ❒ 560 Civil Detainee -       Conditions of       Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1   Original       Proceeding | ❒ 2   Removed from       State Court | ❒ 3   Remanded from       Appellate Court | ❒ 4   Reinstated or       Reopened | ❒ 5   Transferred from       Another District       *(specify)* | ❒ 6   Multidistrict       Litigation |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
NEPA ,42U.S.C. §§ 4321 et seq.; APA, 5USC §§ 551-706
Brief description of cause:
Violations of NEPA, APA, related to promulgation of rule implementing Endangered Species Act § 4(b)(2)

## VII. REQUESTED IN COMPLAINT:
❒ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**        ❒ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*        JUDGE   Helen Gillmor        DOCKET NUMBER   21-00041-HG-RT

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 07/30/2026 | /s/ Harley M. Broyles |

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|
| | | | | |

ATTACHMENT TO CIVIL COVER SHEET

I. (c) *Attorneys (Firm Name, Address and Telephone Number)*

HARLEY M. BROYLES (#011640)
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai'i 96813
Tel: (808) 599-2436
Email: hbroyles@earthjustice.org

ELIZABETH B. FORSYTH (*pro hac vice pending*)
KRISTEN L. BOYLES (*pro hac vice* pending)
EARTHJUSTICE
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340
Email: eforsyth@earthjustice.org
         kboyles@earthjustice.org

BARCLAY T. SAMFORD (*pro hac vice* pending)
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
Tel: (303) 623-9466
Email: csamford@earthjustice.org

*Attorneys for Plaintiffs Conservation Council for Hawai'i,*
*National Parks Conservation Association, Sierra Club,*
*WildEarth Guardians, and Save the Manatee Club*

RYAN ADAIR SHANNON (*pro hac vice* pending)
DEFENDERS OF WILDLIFE
2009 NE Alberta, Ste. 207
Portland, OR 97211
Tel: (503) 899-0663
Email: rshannon@defenders.org

JOSEPH M. MANNING  (*pro hac vice* pending)
DEFENDERS OF WILDLIFE
1130 17th St. NW
Washington, DC 20036
Tel: (202) 579-5097
Email: jmanning@defenders.org

*Attorneys for Plaintiff Defenders of Wildlife*

BRIAN P. SEGEE (*pro hac vice* pending)
CENTER FOR BIOLOGICAL DIVERSITY
226 W. Ojai Ave., Suite 101-442
Ojai, CA 93023-3278
Tel: (805) 750-8852
Email: bsegee@biologicaldiversity.org

MAXX PHILLIPS (#10032)
CENTER FOR BIOLOGICAL DIVERSITY
1188 Bishop Street, Suite 2001
Honolulu, Hawai'i 96813
Tel: (808) 284-0007
Email:mphillips@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*

2