IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Center for Biological Diversity, et al.<br><br>Plaintiff,<br><br>vs.<br><br>Douglas Burgum, et al.<br><br>Defendant. | Case. No. 1:26-cv-00405-DKW-KJM<br><br>ORDER GRANTING AMENDED MOTION TO APPEAR PRO HAC VICE AS TO Brian Segee |

ORDER GRANTING AMENDED
MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Brian Segee to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Brian Segee |
| Firm Name: | Center for Biological Diversity |
| Firm Address: | 226 W. Ojai Ave., Ste. 101-442<br>Ojai, CA 93023 |
| Attorney CM/ECF Primary email address: | bsegee@biologicaldiversity.org |
| Firm Telephone: | (805) 750-8852 |
| Party Represented | Center for Biological Diversity |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 4, 2026.

Kenneth J. Mansfield
United States Magistrate Judge