HARLEY M. BROYLES (#011640)
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawai‘i 96813
Tel: (808) 599-2436
Email: hbroyles@earthjustice.org

BARCLAY T. SAMFORD
(*Admitted pro hac vice*)
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
Tel: (303) 623-9466
Email: csamford@earthjustice.org

ELIZABETH B. FORSYTH
(*Admitted pro hac vice*)
KRISTEN L. BOYLES
(*Admitted pro hac vice*)
EARTHJUSTICE
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340
Email: eforsyth@earthjustice.org
kboyles@earthjustice.org

*Attorneys for Plaintiffs*[1]

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI‘I

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; CONSERVATION COUNCIL FOR HAWAI‘I; DEFENDERS OF WILDLIFE; NATIONAL PARKS CONSERVATION ASSOCIATION; SIERRA CLUB; WILDEARTH GUARDIANS, and SAVE THE MANATEE CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>DOUGLAS BURGUM, U.S. SECRETARY OF THE INTERIOR; and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | CIVIL NO. 1:26-cv-00405-DKW-KJM<br><br>JOINT SCHEDULING CONFERENCE STATEMENT AND ORDER |

[1] Pursuant to LR 10.2(b) additional Counsel and Plaintiffs on signature page.

JOINT SCHEDULING CONFERENCE STATEMENT
PURSUANT TO LOCAL RULES 16.2(b), 26.1(b)

**(1) Nature of the Case.**

Plaintiffs Center for Biological Diversity, Conservation Council for Hawai‘i, Defenders of Wildlife, National Parks Conservation Association, Sierra Club, WildEarth Guardians, and Save the Manatee Club challenge the U.S. Fish and Wildlife Service's July 21, 2026 promulgation of the "Critical Habitat Exclusion Rule," 91 Fed. Reg. 45,662 (codified at 50 C.F.R. § 17.90). Plaintiffs request declaratory and injunctive relief, including vacatur of the Rule, restoration of the prior regulations and policies governing Endangered Species Act section 4(b)(2) critical-habitat exclusions, and an injunction against reliance on the Rule.

**(2) Jurisdiction and Venue.**

The Court has federal-question jurisdiction under 28 U.S.C. § 1331 and authority to grant declaratory relief under 28 U.S.C. §§ 2201–2202. Venue is proper under 28 U.S.C. § 1391(e) because Defendants are federal officers or agencies sued in their official capacities, Plaintiff Conservation Council for Hawai‘i resides in this District, other Plaintiffs have members and offices here, and many consequences of the alleged violations occurred or will occur in this District. All parties have been served.

**(3) Jury Demand.**

No party has demanded a jury trial. Plaintiffs seek judicial review of final agency action which the parties anticipate will be resolved on the administrative record on cross motions for summary judgment.

**(4) Federal Rule of Civil Procedure 26 Disclosures.**

This matter is exempt from initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(B)(i) because this is an action for review on an administrative record. Because this matter seeks judicial review of an agency rule and requests equitable relief, the parties do not believe that referral to mediation or another alternative dispute resolution process would be productive. The parties will continue to confer in good faith regarding narrowing the issues and resolving procedural disputes without Court intervention.

**(5) Discovery and Pending and Anticipated Motions.**

The parties anticipate that this action will be resolved based on the undisputed facts contained in the administrative record underlying the Rule. Evidentiary disclosures or discovery are not required in record review cases, and none are anticipated.

No motions are presently pending. Defendants agree under Federal Rule of Civil Procedure 15(a)(2) that Plaintiffs may file an amended complaint on September 28, 2026. The amendment will add Endangered Species Act claims

identified in July 21 and July 27, 2026 sixty-day notices, including claims that the Critical Habitat Exclusion Rule violates section 4 of the Endangered Species Act and that the Service failed to consult under section 7(a)(2) of the Act. The September 28 deadline permits the applicable sixty-day notice periods to expire before citizen-suit claims are filed. The Parties agree Defendants' answer or other response to Plaintiffs' amended complaint will be due on or before October 30, 2026. Depending on that response, the parties anticipate either a motion to dismiss under Federal Rule of Civil Procedure 12 or cross-motions for summary judgment under Federal Rule of Civil Procedure 56 based on the administrative record.

**(6) Special Procedures and Other Case-Management Matters.**

Given the APA record-review nature of the case, the parties believe that phased scheduling is appropriate. The parties propose filing a joint status report on November 6, 2026 that will propose either (1) a briefing schedule for any motion to dismiss, including opposition, reply, and hearing dates, or (2) a schedule for preparation and lodging of the administrative record, resolution of any record disputes, and cross-motions for summary judgment. The parties do not presently request consolidation, reference to a special master, multidistrict proceedings, bifurcation, or application of other special procedures.

**(7) Related Cases.**

The parties are aware of *Commonwealth of Massachusetts v. United States Fish and Wildlife Service*, No 4:26-cv-10072-ASK (N.D. Cal.) (filed September 9, 2026) which similarly challenges the 2026 Critical Habitat Exclusion Rule.

The parties are also aware of *Center for Biological Diversity v. Bernhardt*, No. 1:21-cv-00041 HG-RT (D. Haw.) (filed January 14, 2021, voluntarily dismissed August 23, 2022), which challenged the materially similar 2020 critical-habitat exclusion rule before that rule was rescinded in 2022. Although the two cases challenge nearly identical rules, Judge Gillmore did not issue any substantive rulings in *Center for Biological Diversity v. Bernhardt*, the cases involve different administrative records, different plaintiffs, and different defendants, and there is no reason the current action "could be more expeditiously handled if assigned to the same judge," under Local Rule 40.2.

**(8) Proposed Interim Schedule.**

The parties respectfully request approval of the following interim schedule:

- Plaintiffs' amended complaint due September 28, 2026;
- Defendants' answer or other response due October 30, 2026;
- Parties' joint status report and proposed schedule due November 6, 2026.

The parties further request that the September 28, 2026 scheduling conference be vacated.

DATED: Honolulu, Hawaiʻi, September 15, 2026.

/s/ Harley M. Broyles
HARLEY M. BROYLES (#011640)
EARTHJUSTICE
850 Richards Street, Suite 400
Honolulu, Hawaiʻi 96813
Tel: (808) 599-2436
Email: hbroyles@earthjustice.org

/s/ Elizabeth B. Forsyth
ELIZABETH B. FORSYTH
(*Admitted pro hac vice*)
KRISTEN L. BOYLES
(*Admitted pro hac vice*)
EARTHJUSTICE
810 3rd Ave #610
Seattle, WA 98104
Tel: (206) 343-7340
Email: eforsyth@earthjustice.org
kboyles@earthjustice.org

/s/ Barclay T. Samford
BARCLAY T. SAMFORD
(*Admitted pro hac vice*)
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
Tel: (303) 623-9466
Email: csamford@earthjustice.org

*Attorneys for Plaintiffs Conservation Council for Hawaiʻi, National Parks Conservation Association, Sierra Club, WildEarth Guardians, and Save the Manatee Club*

/s/ Ryan Adair Shannon
RYAN ADAIR SHANNON
(*Admitted pro hac vice*)
DEFENDERS OF WILDLIFE
2009 NE Alberta, Ste. 207
Portland, OR 97211
Tel: (503) 899-0663
Email: rshannon@defenders.org

/s/ Joseph M. Manning
JOSEPH M. MANNING
(*Admitted pro hac vice*)
DEFENDERS OF WILDLIFE
1130 17th St. NW
Washington, DC 20036
Tel: (202) 579-5097
Email: jmanning@defenders.org

*Attorneys for Plaintiff Defenders of Wildlife*

/s/ Brian P. Segee
BRIAN P. SEGEE
(*Admitted pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
226 W. Ojai Ave., Suite 101-442
Ojai, CA 93023-3278
Tel: (805) 750-8852
Email: bsegee@biologicaldiversity.org

/s/Maxx Phillips
MAXX PHILLIPS (#10032)
CENTER FOR BIOLOGICAL DIVERSITY

1188 Bishop Street, Suite 2001
Honolulu, Hawaiʻi 96813
(808) 284-0007
Email:mphillips@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*

KENNETH M. SORENSON
United States Attorney
District of Hawaii

*/s/ Peter W. Brocker*
PETER W. BROCKER, NY #5385448
Senior Trial Attorney
United States Department of Justice
Energy & Natural Resources Division
Natural Resources Section
86 Chambers Street, 3d Floor
New York, NY 10007
Telephone: (202) 598-3370
Email: peter.brocker@usdoj.gov

*/s/ Young A. Kang*
YOUNG A. KANG, FL #1025505
Trial Attorney
United States Department of Justice
Energy & Natural Resources Division
Natural Resources Section
150 M Street NE, 3d Floor
Washington, D.C. 20002
Telephone: (202) 322-8378
Email: Young.Kang@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAI‘I

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; CONSERVATION COUNCIL FOR HAWAI‘I; DEFENDERS OF WILDLIFE; NATIONAL PARKS CONSERVATION ASSOCIATION; SIERRA CLUB; WILDEARTH GUARDIANS, and SAVE THE MANATEE CLUB,<br>Plaintiffs,<br>v.<br>DOUGLAS BURGUM, U.S. SECRETARY OF THE INTERIOR; and U.S. FISH AND WILDLIFE SERVICE,<br>Defendants. | CIVIL NO. 1:26-cv-00405-DKW-KJM<br><br>ORDER |

Pursuant to the Parties' Joint Scheduling Conference Statement, the Court hereby ORDERS:

- The September 28, 2026, scheduling conference is vacated.
- Plaintiffs shall file an amended complaint September 28, 2026.
- Defendants shall file an answer or other responsive pleading October 30, 2026.
- The Parties shall file a joint status report and proposed schedule November 6, 2026.

\\

\\

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, September 17, 2026.

Kenneth J. Mansfield
United States Magistrate Judge

*Ctr. for Biological Diversity, et al. v. Burgum, et al.*, Civil No. 26-00405 DKW-KJM; Joint Case Management Statement and Order